[No. 5620-1. Division One. July 17, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. MELANIE
SUZANNE PUDDY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79851, Horton Smith, J., entered May 16,
1977. *Affirmed* by unpublished opinion per Farris, C.J.,
concurred in by Williams and Dore, JJ.

[No. 5647-1. Division One. July 17, 1978.]

*In the Matter of the Marriage of* COLLEEN COMPTON
HARRISON, *Appellant, and* BEN McCOY
HARRISON, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D-91253, Horton Smith, J., entered May 4,
1977. *Affirmed as modified* by unpublished opinion per
Andersen, J., concurred in by James and Callow, JJ.

[No. 6187-44761-1. Division One. July 17, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. BENJAMIN
MALONE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 75987, James J. Dore, J., entered February 2,
1977. *Affirmed* by unpublished opinion per Farris, C.J.,
concurred in by Callow and Green, JJ.